# PETITION FOR COMPENSATORY DAMAGES

# <u>1 116 000,00 € EUR</u>

## ONE MILLION AND ONE HUNDRED SIXTEEN THOUSAND EUROS



**FINANCIAL FRAUD, CURRENCY PAIR EURUSD PRICES MANIPULATION, VIOLATION CLIENT TERM, VIOLATION BRAZILIAN CONSUMER CODE, VIOLATION BRAZILIAN CIVIL CODE, VIOLATION BRAZILIAN PENAL CODE, BRIBES SCHEMES FOR FBI (FEDERAL BUREAU INVESTIGATION), <span style="color:red">HOMICIDE ATTEMPTS WITH PAYMENTS FOR RENTALS KILLERS</span>, BROKERS ABUSES, MULTIPLE DISCRIMINATORY TREATMENT, NEGLIGENCE OR DELAY IN SOLUTIONS, MULTIPLE MORAL DAMAGES DURING 7 YEARS AND MONTHS**

**PETITION INDEMNIFICATIVE LEGAL ACTION FOR MULTIPLE DAMAGES AND CRIMES**

The **"Victim and Defendants"** are: **Domingos Lugão Petroceli**, Brasileiro, portador da carteira de identidade 0123457699, inscrito no CPF n° 091559867-14, residente na Rua das Aninhas – Casa 616 – Jardim da Paz – Guia de Pacobaíba – Magé – Rio de Janeiro – Brasil, Postal Code 25926726, e-mail dlpfxcapital@gmail.com, Phone +5521982920403, cliente desde outubro de 2013 na empresa **VARENGOLD BANK AG**, legal address Grosse Elbstrasse 14, 22767 Hamburgo, Germany, Tel .: +49 40 66 86 49 0, Fax: +49.40.66 86 49 49, Email: info@varengold.de, Internet: www.varengold.de, **FBI Buffalo Division Field Office (others FBI's, Militia, Rentals Killers, PMERJ, Forex Brokers and Brazilian Police)**, endereço 1 FBI Plaza, Buffalo, New York 14202, U.S.A United States of America, telefone +1 716-856-7800, e-mail buffalo@ic.fbi.gov.

I come to request in a coercive manner and with extreme urgency. Bearing in mind the reasons for the facts and rights that you will expose:

**THE FACTS**

In 30 of October 2013, i created my investment Account and sent my documents for verification. I invested with my credit card value **€260.00 EUR on MetaTrader 4 Account 7918942, total Gross Profit €8.000,00 EUR or more.**

Welcome to the Varengold Bank AG and thank you for your trust in our services.

Your personal Varengold account has been created successfully. The account number is: 7918942

Access details to your MT4 trading account:
MT4: **7918942**
Trading-Password: E2CaKOA
Investor-Password (Read Only): EPQeO2i
Server IP
83.169.49.214:443

## Varengold Bank AG

Account: 7918942   Name: Domingos Lugão Petroceli   Currency: EUR   Leverage: 1:200   2015 May 20, 12:16

Closed Transactions:

| Ticket | Open Time | Type | Size | Item | Price | S/L | T/P | Close Time | Price | Commission | Taxes | Swap | Profit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3068941 | 2013.10.30 21:51:22 | balance | | 090- activated Free100 bonus | | | | | | | | | 11.13 |
| 3068942 | 2013.10.30 21:51:24 | credit | | 102- pending Free100 bonus, value date: 2035.02.01 | | | | | | | | | 88.88 |
| 3068943 | 2013.10.30 21:51:26 | balance | | 090- activated profit | | | | | | | | | 4.80 |
| 3068944 | 2013.10.30 21:51:27 | credit | | 102- pending profit, value date: 2035.02.01 | | | | | | | | | 38.38 |
| 3068945 | 2013.10.30 21:51:29 | balance | | 010- deposit(CC) | | | | | | | | | 260.00 |
| 3068946 | 2013.10.30 21:51:30 | balance | | 061- deposit fee (CC) | | | | | | | | | -4.81 |
| 3068947 | 2013.10.30 21:51:30 | balance | | 060- refund fee (CC) | | | | | | | | | 4.81 |
| 3068948 | 2013.10.30 21:51:31 | credit | | 102a- deposit bonus 20%, value date: 2035.02.01 | | | | | | | | | 52.00 |
| 3069014 | 2013.10.30 23:18:29 | sell | 0.01 | eurusd | 1.37278 | 0.00000 | 0.00000 | 2013.10.31 05:05:55 | 1.37049 | 0.00 | 0.00 | 0.00 | 1.67 |
| 3069016 | 2013.10.30 23:20:14 | sell | 0.01 | eurusd | 1.37269 | 0.00000 | 0.00000 | 2013.10.31 05:06:01 | 1.37052 | 0.00 | 0.00 | 0.00 | 1.58 |
| 3069028 | 2013.10.30 23:31:01 | buy | 0.01 | eurusd | 1.37294 | 0.00000 | 0.00000 | 2013.10.31 01:22:24 | 1.37296 | 0.00 | 0.00 | 0.00 | 0.01 |
| 3069034 | 2013.10.30 23:37:35 | buy | 0.02 | eurusd | 1.37306 | 0.00000 | 0.00000 | 2013.10.31 01:28:28 | 1.37314 | 0.00 | 0.00 | 0.00 | 0.12 |
| 3069036 | 2013.10.30 23:40:12 | sell | 0.02 | eurusd | 1.37267 | 0.00000 | 0.00000 | 2013.10.31 00:29:52 | 1.37224 | 0.00 | 0.00 | 0.00 | |
| 3069045 | 2013.10.31 00:01:41 | sell | 0.10 | eurusd | 1.37251 | 0.00000 | 0.00000 | 2013.10.31 00:13:23 | 1.37207 | 0.00 | 0.00 | 0.00 | |

## THE FINANCIAL FRAUD OR CRIME COMMITED BY BROKERS AND LIQUIDITY PROVIDERS

The bank committed electronic crime or electronic fraud, I accuse you of financial crime because of my knowledge in the EURUSD currency pairs financial product. My calculations in points or pips in the difference between Bid / Ask Spread prices 30 points or more, identifying financial fraud or manipulation of currency prices or widening of bid and ask lines in price action "candles".

Brokers configured rejections when executing forex positions in the MetaTrader 4 software - price rescheduling (requotes).

The stop loss order must be at the opening price of the forex position. **Stop loss orders were programmed to be accepted at a distance of 200 Points from the executed price.** For this reason, orders with standard batches were executed using stop loss parameters.

One who by action or omission voluntary not accept my complaints, negligence or recklessness violate the client's right to investigate monetary transactions causing damage sentimental and damage economic, the bank does not give reason or moral support to get my deposit, profits and gross losses. The VARENGOLD BANK AG commits an unlawful act that negligence in solving the problem, not restoring all the values listed in the investment platform MetaTrader 4.

Currency Pair **EURUSD** prices manipulation **bid/ask** spread difference moment trading **20 points or more, in others momentos prices were out of control extending over 50 Points, these manipulations of prices or widening of the bid/ask spread caused the destruction of trading generating losses and reducing profits.**

**Forex Brokers committed 3 Financial Crimes or Abuses see list**:

1 - Forex Positions in red were opened by Brokers to destroy my Account, my profits were completely destroyed and stolen by Varengold Bank AG employees or Liquidity Providers.

2 - Unauthorized deposits **896.47 EUR** and unauthorized withdrawals **-1055.71 EUR**, unauthorized internal transfers.



3 - Multiple negligence in solutions and payments of financial damages.

102- pending Free100 bonus, value date: 2035.02.01
102- pending profit, value date: 2035.02.01
010- deposit(CC) 260.00
102a- deposit bonus 20%, value date: 2035.02.01

**FOREX POSITIONS ORDERS IN RED NOT US WHO OPENED! ORDERS IN RED NOT US WHO OPENED!**

| Ticket | Open Time | Type | Size | Item | Price | S / L | T / P | Close Time | Price | Commission | Taxes | Swap | Profit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3081336 | 2013.11.04 01:40:47 | buy | 4.01 | eurusd | 1.35004 | 0.00000 | 0.00000 | 2013.11.04 04:02:05 | 1.34565 | 0.00 | 0.00 | 0.00 | -1 308.21 |
| **3081379** | 2013.11.04 02:24:28 | buy | 4.01 | eurusd | 1.34995 | 0.00000 | 0.00000 | 2013.11.04 04:11:47 | 1.34582 | 0.00 | 0.00 | 0.00 | **-1 230.57** |
| **3081376** | 2013.11.04 02:20:50 | buy | 3.01 | eurusd | 1.34997 | 0.00000 | 0.00000 | 2013.11.04 04:14:13 | 1.34500 | 0.00 | 0.00 | 0.00 | **-1 112.25** |
| **3081375** | 2013.11.04 02:20:24 | buy | 3.01 | eurusd | 1.34992 | 0.00000 | 0.00000 | 2013.11.04 04:13:47 | 1.34512 | 0.00 | 0.00 | 0.00 | **-1 074.10** |
| **3081381** | 2013.11.04 02:24:53 | buy | 2.01 | eurusd | 1.34995 | 0.00000 | 0.00000 | 2013.11.04 04:13:59 | 1.34512 | 0.00 | 0.00 | 0.00 | **-721.74** |
| **3081380** | 2013.11.04 02:24:42 | buy | 1.01 | eurusd | 1.34995 | 0.00000 | 0.00000 | 2013.11.04 04:13:52 | 1.34514 | 0.00 | 0.00 | 0.00 | **-361.16** |

It is necessary to inform that the company violated the client's term or contract, not considering what was his right. The VARENGOLD Bank AG has repeatedly ignored its request to start with its Trading Plan on Currency Pairs financial products.

The areas responsible for managing the support and sales customer margin, completely violated the Brazilian Civil Code for Moral Damage and Consumer Law, also committed the Crime of Discrimination for Less Price, totally ignoring customer dissatisfaction.

My MT4 account were controlled by electronic crimes and financial fraud, all currency pairs prices were sabotaged, making it difficult to leverage the banks, generating losses consecutive batch standards. It is important to point out that the lowering of the accounts have been programmed by the responsible department "Order Desk", prices were completely controlled bid / ask spread for each currency pair in more than 50 Points.

Recalling that the commissions were applied with high service together with wire fraud. The term or contract the bank allowed the withdrawal of over **-€2,500.00 EUR** of account in the trading platform MetaTrader 4.

See the detailed report with the absolute drawdown of the account 7918942 **total balance -€6.438,17 EUR (Gross Loss)** e **Gross Profit €8.000,00 EUR.**

## Gross Profit 8 000.00 € EUR

**Working Orders:**

| Ticket | Open Time | Type | Size | Item | Price | S / L | T / P |
|--------|-----------|------|------|------|-------|-------|-------|
|        |           |      |      |      |       |       | No transactions |

**A/C Summary:**

| | |
|---|---|
| Previous Ledger Balance: | 2 109.91 |
| Closed Trade P/L: | 4 328.26 |
| Deposit/Withdrawal: | 0.00 |
| Balance: | 6 438.17 |

I noticed multiple Discriminatory treatment by e-mail in the area of support, back office and other responsible areas. I sent multiple e-mails asking for review of orders or positions by e-mails support@varengold.de, info@varengold.de, payments@varengold.de and others E-mails or Departments.

The VARENGOLD Bank AG violated my right Brazilian Consumer Code, violated the Brazilian Civil Code and violated the Brazilian Penal Code. I realized abuse, crime, obstructions of Justice to return all financial damages in accordance with the Civil Code.

### THE RIGHTS BRAZILIAN CIVIL CODE

The Law is clear **(ART. 186 and 927 of the Brazilian Civil Code)** when determining the cause of damages, the duty to indemnify them.

**ART. 186 Brazilian Civil Code (Law 10.406/02) - Moral Damages** - Anyone who, through voluntary action or omission, negligence or imprudence, violates the right or causes another, even if exclusively moral, commits an unlawful act.

**ART. 927 Brazilian Civil Code (Law 10.406/02) - Financial Damage -** Anyone who, through an unlawful act, causes harm to another, is obliged to repair it. You will be obliged to repair the damage, regardless of fault, in the cases specified by law or when the activity normally carried out by the author of the damage, by its nature, entails risks for the rights of others.

**ART. 138 of the Brazilian Penal Code (Law 2.848/40) – Game of Lies** consists of falsely attributing or attracting responsibility to someone in the sense of a path or attitude or act that has not been carried out, by the practice of a determined fact defined in reality towards a crime and built-in contradiction or imposed by imposition of difficult reflection, done in bad faith or not performed.

**ART. 1 / ART. 20 / ART. 120 Brazilian Penal Code (Law of 7.716/89) - Crime of Prejudice or Discrimination** is characterized when this inviolability is disrespected, going against constitutional principles. The most common types of discrimination in the workplace are the prejudices of refusing or preventing access

to a business establishment, refusing to serve, serve or receive a customer or buyer. I accuse of Discriminatory treatments for ignoring the receipt of emails, I as a victim of disrespect, Abuses, negligence and obstruction of Justice wanting the friendly agreement throughout the year 2020 until today 12/15/2020. I come to warn you that prejudice or Discrimination was practiced by various departments and still persists.

**ART. 37 / ART. 60  Brazilian Consumer Code (Law 8.078/90)** - It is forbidden any misleading, delay in solutions or abusive negligence with Discriminatory Treatment.

§ 1 Any type of information or communication of an advertising nature, wholly or partially false, or, by any other means, even by omission, capable of misleading the consumer regarding the nature, characteristics, quality, quantity, properties, is misleading. origin, price and any other data about products and services.

§ 2 Discriminatory advertising of any nature, which incites violence, exploits fear or superstition, takes advantage of the child's lack of judgment and experience, disrespects environmental values, or is capable of inducing the consumer, among others to behave in a way that is harmful or dangerous to your health or safety.

§ 3 For the purposes of this code, advertising is misleading by default when it fails to report on essential data of the product or service.

**ART. 168 Brazilian Penal Code (Law 2.848/40 and Law 9.983) - Misappropriation** - Appropriating someone else's or financial margin, businessmen and employees of the company appropriate the values of the client's financial margin or CFD contract in the the victim.

**ART. 333 Brazilian Penal Code (Law 2.848) - Tuition Fee Scheme** - Entrepreneurs pay money with profit manipulation techniques in trading platforms, configure an illicit financial scheme, businessmen commit a criminal act paying bribes to FBI's Buffalo Division and U.S. Military Battalion for 4 years, authorities Feds conduct a false investigation or expertise in financial crime, financial fraud or financial damage.

**ART. 317 Brazilian Penal Code (Law 2.848/40) - Bribery Scheme** - False investigation or expertise in financial crime or financial damage, receiving money with illicit financial scheme, businessmen commit a criminal act by paying bribes to FBI's Buffalo Division and U.S. Military Battalion for 4 years and Regulatory Commissions of Investments.

**Art. 121 Brazilian Penal Code (Law 2.848/40) - The crime of Attempted Qualified Homicide** - Brokers are the main ones involved in the attempted homicide, may be primarily responsible for the financing or payment of the homicide, they together with **FBI's Buffalo Division Field Office (New York State) and U.S. Military Fort Polk Base (Louisiana State)** formed a bribes scheme with **Brazilian Police and Militia**, asking not to be arrested for my denunciations at the Federal Authorities and scheduling ambushes with fire to destroy my life, finance the purchase of illegal weapons, gas in stolen cars for rent killers, pay rent killers internet, buy food for killers from rent, money from the giant financial scheme or fraudulent configurations help murderers of rent in various ways.

### DEBT COMPENSATORY DAMAGES AND CRIMES

Due to the "**Victim**" of multiple **Discriminatory treatments, Financial Fraud, Moral Damages, Brokers Abuses, HOMICIDE ATTEMPTS WITH RENTALS KILLERS, BRIBES SCHEMES, SUBORNATION and negligence in the solutions** of the illegal act or abuse since december of 2013. The plans are true for obstructions of Justice, obstructions for improving the client's rights. Bad faith and disregard for the client's financial margin exists until today 01/13/2021.

The sentimental damages or trauma, the false review to solve the problem, the filing of the accounts and the abusive prohibition on receiving funds compensation - forced - rejecting the client's right to solve the problem.

**VARENGOLD BANK AG** owes me the minimum margin funds or **Gross Profit in double €8.000,00 EUR x 2 = €16.000,00 EUR Sixteen Thousand Euros** this week, urgently and receive Indemnity ir compensatory damages per Abuses, Federal Crimes with Police and HOMICIDE ATTEMPTS WITH RENTALS KILLERS, minimum **1 100 000,00 € EUR One Million and One Hundread Thousand EUROS** in my **Santander Bank Brazil (Branch/Current Account): 4360 / 01.003760.0 / IBAN-BR: BR50 9040 0888 0436 0001 0037 600C 1 – ID TAX or CPF 091.559.867-14 – Beneficiary Domingos Lugão Petroceli.**

Rio de janeiro, 08 de fevereiro de 2021.

_____
DOMINGOS LUGÃO PETROCELI

