# PETITION FOR COMPENSATORY DAMAGES

# <u>US$1,106,383.84  USD</u>

### ONE MILLION AND ONE HUNDREAD THOUSANDS UNITED STATES DOLLARS



**FINANCIAL FRAUD, CURRENCY PAIRS PRICES MANIPULATION, VIOLATION CLIENT TERM, VIOLATION BRAZILIAN CONSUMER CODE, VIOLATION BRAZILIAN CIVIL CODE, VIOLATION BRAZILIAN PENAL CODE, BRIBES SCHEMES FOR FBI (FEDERAL BUREAU INVESTIGATION), <span style="color:red">HOMICIDE ATTEMPTS WITH PAYMENTS FOR RENTALS KILLERS OR MILITIA</span>, BROKERS ABUSES, MULTIPLE DISCRIMINATORY TREATMENT, NEGLIGENCE OR DELAY IN SOLUTIONS, MULTIPLE MORAL DAMAGES DURING 6 YEARS AND MONTHS.**

**PETITION LEGAL ACTION FOR COMPENSATORY DAMAGES AND CRIMES**

The **"Victim"** is: **Domingos Lugão Petroceli**, Brasileiro, portador da carteira de identidade 0123457699, inscrito no CPF n° 091559867-14, residente na Rua das Aninhas – Casa 616 – Jardim da Paz – Guia de Pacobaíba – Magé – Rio de Janeiro – Brasil, Postal Code 25926726, e-mail dlpfxcapital@gmail.com, Phone +5521982920403,

The "**Defendants**" are: **FBI Buffalo Division Field Office (others FBI's, Militia, Rentals Killers, PMERJ and Brazilian Police),** endereço 1 FBI Plaza, Buffalo, New York 14202, United States of America, Phone +1 716-856-7800, e-mail buffalo@ic.fbi.gov. Cliente desde outubro de 2014 na empresa **IronFX Global - 4101, Iapetou 2, Agios Athanasios, Limassol, Chipre / Notesco Limited** (operating under the trade name "**IronFX**") is a company incorporated under the laws of Bermuda, with registration number 51491 (hereinafter "the Company" or "We" or "Our"). The Company will offer its services via the domain name www.IronFX.com (hereinafter the "Website"). The Company may also register and operate other websites mainly for promotional and marketing purposes in languages other than English. Means Notesco Limited a company incorporated and registered under the laws of Bermuda, with registration number 51491 and registered address Veritas Place, 6th Floor,65 Court Street, Hamilton HM 12 Bermuda – Phone +44 (0) 203 282 7777.

I come to request in a coercive manner and with extreme urgency. Bearing in mind the reasons for the facts and rights that you will expose:

**THE FACTS**

In October 2014 I created my and I sent my documents for verification. I invested in 3 accounts with different types of currencies **14004784** = **US$789.00 USD** / **14004994** = **€68.98 EUR** / **14005756** = **£102.52 GBP.**

### Registo de Histórico de Transacções

| Account | Data | ID da Transacção | Tipo | Quantia | Moeda: | Estado | Alterar Estado |
|---|---|---|---|---|---|---|---|
| 14004784 | 2014-11-06 | 80A22TV1GNNEKNM2 | Deposit – Credit Cards | 39.99 | 🇺🇸 | Processado | |
| 14004784 | 2014-11-06 | BI9NVSEHZENEI4B7 | Deposit – Credit Cards | 39.99 | 🇺🇸 | Processado | |
| 14004784 | 2014-10-31 | GDZPR11MHXNE9FC4 | Deposit – Credit Cards | 325.55 | 🇺🇸 | Processado | |
| 14004784 | 2014-10-08 | WBT0E3I31VND3Z81 | Withdrawal – Bank | 1,003.00 | 🇺🇸 | Declined | |
| 14004784 | 2014-09-29 | M7NQWC5XBWNCIF6E | Deposit – Credit Cards | 123.98 | 🇺🇸 | Processado | |
| 14004784 | 2014-09-25 | TRSLUFN67XNCF15T | Internal Transfers | 83.00 | 🇺🇸 | Processado | |
| 14004784 | 2014-09-23 | TROUE3HMOQNCCHVI | Internal Transfers | 89.00 | 🇺🇸 | Cancelado | |
| 14004784 | 2014-09-18 | EQZTN9R5XRNBXETB | Deposit – Credit Cards | 85.63 | 🇺🇸 | Processado | |

### Registo de Histórico de Transacções

| Account | Data | ID da Transacção | Tipo | Quantia | Moeda: | Estado | Alterar Estado |
|---|---|---|---|---|---|---|---|
| 14005756 | 2014-10-15 | BW7YFV68Q9ND93U2 | Deposit – Credit Cards | 51.90 | 🇬🇧 | Processado | |
| 14005756 | 2014-10-15 | FUP6UOXBBINDE80R | Deposit – Credit Cards | 51.62 | 🇬🇧 | Processado | |

### Registo de Histórico de Transacções

| Account | Data | ID da Transacção | Tipo | Quantia | Moeda: | Estado | Alterar Estado |
|---|---|---|---|---|---|---|---|
| 14004994 | 2015-01-27 | 8HIEZ6AGMINIRVOI | Deposit – Credit Cards | 68.98 | 🇪🇺 | Processado | |

**THE FINANCIAL FRAUD OR CRIME COMMITED BY BROKERS AND LIQUIDITY PROVIDERS**

Currency Pair **GBPAUD** prices manipulation **bid/ask** spread difference moment trading **126 points or more, in others momentos prices were out of control extending over 300 Points, these manipulations of prices or widening of the bid/ask spread caused the destruction of trading generating losses and reducing profits.**

**4358426** 2014.10.09 17:20:51 sell 1.00 gbpaud 1.83094 1.83283 1.74000 2014.10.09 17:31:25 1.83283 **-13.50 - 167.04**

**4314807** 2014.10.08 17:45:13 sell 1.00 gbpaud 1.83574 1.83749 1.74000 2014.10.08 17:59:38 1.83749 **-13.50 - 153.14**

**4613111** 2014.10.21 21:03:24 sell 0.02 gbpaud 1.83483 1.84100 1.73000 2014.10.22 03:30:02 1.84217 -0.16 0.00 0.07 **-7.97**

**4509274** 2014.10.16 11:38:12 sell 0.02 gbpaud 1.83122 1.84000 1.73000 2014.10.16 12:38:41 1.83569 -0.16 0.00 0.00 **-4.87**

Currency Pair **EURUSD** prices manipulation **bid/ask** spread 0 Point Broker changed price in moment trading **77 points or more.**

**4319481** 2014.10.08 21:13:53 sell 2.00 eurusd- 1.27218 1.27308 0.00000 2014.10.08 21:14:12 1.27305 **-36.00** 0.00 0.00 **-174.00**

**4319465** 2014.10.08 21:12:15 sell 1.00 eurusd- 1.27149 1.27227 1.24400 2014.10.08 21:13:43 1.27227 **-18.00** 0.00 0.00 **-78.00**
**4308820** 2014.10.08 09:55:08 sell 2.00 eurusd- 1.26339 1.26402 1.24000 2014.10.08 10:02:05 1.26376 **-36.00** 0.00 0.00 **-74.00**

It is necessary to inform that the company violated the client's term or contract, not considering what was his right. The company has repeatedly ignored its request to start with its Trading Plan on Currency Pairs financial products.

The areas responsible for managing the support and sales customer margin, completely violated the Brazilian Civil Code for Moral Damage and Consumer Law, also committed the Crime of Discrimination for Less Price, totally ignoring customer dissatisfaction.

My 3 accounts were controlled by electronic crimes and financial fraud, all currency pairs prices were sabotaged, making it difficult to leverage the banks, generating losses consecutive batch standards. It is important to point out

that the lowering of the accounts have been programmed by the responsible department "Order Desk", prices were completely controlled bid / ask spread for each currency pair in more than 300 Points.

Recalling that the commissions were applied with high service together with wire fraud. The term or contract the company allowed the withdrawal of over $ 1,300.00 USD of 3 accounts in the trading platform MetaTrader 4.

See the detailed report with the absolute drawdown of the account **14004784 total balance -US$3,615.00 USD (Gross Loss)** e Gross Profit US$3,191.92 USD



I noticed multiple Discriminatory treatment by e-mail in the area of support, back office and other responsible areas. I sent multiple e-mails asking for review of orders or positions by e-mails saopaulo@ironfx.com, investigations@ironfx.com, compliance@ironfx.com, backoffice@ironfx.com and info@ironfx.com.

The company violated my right Brazilian Consumer violated the Civil Code and violated the Brazilian Penal Code. I realized abuse, crime, justice obstructions to return all deposits in accordance with the Civil Code.

**THE RIGHTS BRAZILIAN CIVIL CODE**

The Law is clear **(ART. 186 and 927 of the Brazilian Civil Code)** when determining the cause of damages, the duty to indemnify them.

**ART. 186 Brazilian Civil Code (Law 10.406/02) - Moral Damages** - Anyone who, through voluntary action or omission, negligence or imprudence, violates the right or causes another, even if exclusively moral, commits an unlawful act.

**ART. 927 Brazilian Civil Code (Law 10.406/02) - Financial Damage -** Anyone who, through an unlawful act, causes harm to another, is obliged to repair it. You will be obliged to repair the damage, regardless of fault, in the cases specified by law or when the activity normally carried out by the author of the damage, by its nature, entails risks for the rights of others.

**ART. 138 of the Brazilian Penal Code (Law 2.848/40)** – **Game of Lies** consists of falsely attributing or attracting responsibility to someone in the sense of a path or attitude or act that has not been carried out, by the practice of a determined fact defined in reality towards a crime and built-in contradiction or imposed by imposition of difficult reflection, done in bad faith or not performed.

**ART. 1 / ART. 20 / ART. 120 Brazilian Penal Code (Law of 7.716/89) - Crime of Prejudice or Discrimination** is characterized when this inviolability is disrespected, going against constitutional principles. The most common types of discrimination in the workplace are the prejudices of refusing or preventing access to a business establishment, refusing to serve, serve or receive a customer or buyer. I accuse of Discriminatory treatments for ignoring the receipt of emails, I as a victim of disrespect, Abuses, negligence and obstruction of Justice wanting the friendly agreement throughout the year 2020 until today 12/15/2020. I come to warn you that prejudice or Discrimination was practiced by various departments and still persists.

**ART. 37 / ART. 60  Brazilian Consumer Code (Law 8.078/90)** - It is forbidden any misleading, delay in solutions or abusive negligence with Discriminatory Treatment.

§ 1 Any type of information or communication of an advertising nature, wholly or partially false, or, by any other means, even by omission, capable of misleading the consumer regarding the nature, characteristics, quality, quantity, properties, is misleading. origin, price and any other data about products and services.

§ 2 Discriminatory advertising of any nature, which incites violence, exploits fear or superstition, takes advantage of the child's lack of judgment and experience, disrespects environmental values, or is capable of inducing the consumer, among others to behave in a way that is harmful or dangerous to your health or safety.

§ 3 For the purposes of this code, advertising is misleading by default when it fails to report on essential data of the product or service.

**ART. 168 Brazilian Penal Code (Law 2.848/40 and Law 9.983) - Misappropriation** - Appropriating someone else's or financial margin, businessmen and employees of the company appropriate the values of the client's financial margin or CFD contract in the the victim.

**Art. 333 Brazilian Penal Code (Law 2.848) - Tuition Fee Scheme** - Entrepreneurs pay money with profit manipulation techniques in trading platforms, configure an illicit financial scheme, businessmen commit a criminal act paying bribes to FBI's Buffalo Division and U.S. Military Battalion for 4 years, authorities Feds conduct a false investigation or expertise in financial crime, financial fraud or financial damage.

**ART. 317 Brazilian Penal Code (Law 2.848/40) - Bribery Scheme** - False investigation or expertise in financial crime or financial damage, receiving money with illicit financial scheme, businessmen commit a criminal act by paying bribes to FBI's Buffalo Division and U.S. Military Battalion for 4 years and Regulatory Commissions of Investments.

**ART. 121 Brazilian Penal Code (Law 2.848/40) - The crime of Attempted Qualified Homicide** - Brokers are the main ones involved in the attempted homicide, may be primarily responsible for the financing or payment of the homicide, they together with **FBI's Buffalo Division Field Office (New York State) and U.S. Military Fort Polk Base (Louisiana**

**State)** formed a bribes scheme with **Brazilian Police and Militia**, asking not to be arrested for my denunciations at the Federal Authorities and scheduling ambushes with fire to destroy my life, finance the purchase of illegal weapons, gas in stolen cars for rent killers, pay rent killers internet, buy food for killers from rent, money from the giant financial scheme or fraudulent configurations help murderers of rent in various ways.

### DEBT, MARGIN FUNDS AND CRIMES COMPENSATION

"The Law is clear **(ART. 186 and ART. 927 of the Brazilian Civil Code)** when determining the cause of damages, the duty to indemnify them".

Due to the Victim of multiple **Discriminatory treatments, Financial Fraud, Moral Damages, Brokers Abuses, HOMICIDE ATTEMPTS WITH RENTALS KILLERS, BRIBES SCHEMES, SUBORNATION and negligence in the solutions** of the illegal act or abuse. The plans are true for obstructions of Justice, obstructions for improving the client's rights. Bad faith and disregard for the client's financial margin exists until today 01/11/2021.

The sentimental damages or trauma, the false review to solve the problem, the filing of the accounts and the abusive prohibition on receiving funds compensation - forced - rejecting the client's right to solve the problem.

**I need to get the return of my deposits in doubled (14004784 = US$789.00 USD / 14004994 = €68.98 EUR / 14005756 = £102.52 GBP). IronFX Global** owes me the minimum margin funds or Gross Profit **US$3,191.92 USD in Double total US$6,383.84 USD United States Dollars in my MetaTrader 4 STP/ECN Account 18037495** for start Forex Trading this week, urgently.

I need receive Indemnity per Abuses, Federal Crimes and **HOMICIDE ATTEMPTS WITH RENTALS KILLERS, minimum US$1,100,000.00 USD One Million and One Hundread Thousand United States Dollars** in my Santander Bank Brazil (Branch/Current Account): 4360 / 01.003760.0 / IBAN-BR: BR50 9040 0888 0436 0001 0037 600C 1.

Rio de janeiro, 01 de fevereiro de 2021.

DOMINGOS LUGÃO PETROCELI

