UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOMINGO LUGAO PETROCELI,

                Plaintiff,

    -against-

VARENGOLD BANK,

                Defendant.

21-CV-1195 (CM)

ORDER

COLLEEN McMAHON, Chief United States District Judge:

    On February 8, 2021, Plaintiff, a resident of Brazil, submitted through the Court's temporary system for email filing by *pro se* litigants several emails. Each email included multiple PDF attachments. Among the documents submitted by Plaintiff were the following: a "Petition for Compensatory Damages" against Varengold Bank; a "Petition for Compensatory Damages" against "IronFX"; and a "Petition for Payments of Compensatory Damages" against the "FBI Buffalo Division Field Office (others FBI's, Militia, Rentals Killers, PMERJ, Forex Brokers and Brazilian Police)" (the "FBI defendants").

    The Clerk of Court opened Plaintiff's submission as four new civil actions: *Petroceli v. Varengold Bank*, ECF 1:21-CV-1195, 2; *Petroceli v. FBI Buffalo Division*, ECF 1:21-CV-1205, 2; *Petroceli v. IronFX*, ECF 1:21-CV-1210, 1; and *Petroceli v. Varengold*, ECF 1:21-CV-1212, 1.

    This action – No. 21-CV-1195, which includes copies of all three "petitions" – was opened in error.[1] Because the three petitions have been opened as separate actions and are presently pending under other docket numbers, no useful purpose would be served by litigating this lawsuit. The Clerk of Court is therefore directed to administratively close this action, No. 21-

---

[1] The petitions against Varengold Bank and IronFX are combined and docketed as ECF 2, while the petition against the FBI defendants is docketed as ECF 3.

CV-1195, without prejudice to Plaintiff's pending cases under docket numbers 21-CV-1205; 21-CV-1210; and 21-CV-1212.

## CONCLUSION

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

The Court further directs the Clerk of Court to administratively close this action, No. 21-CV-1195. The Clerk of Court is also directed to terminate all other pending matters in this action.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:  March 8, 2021
        New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge